TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nathaniel.Walters@usdoj.gov
AUSTIN M. BERRY
Trial Attorney
Child Exploitation & Obscenity Section
Department of Justice
Austin.Berry2@usdoj.gov
Attorneys for Plaintiff

**VICTIM**

FILED
2025 DEC -3 PM 2: 43
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-05263 TUC-RM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

          Plaintiff,

vs.

Larry Alexander Greenlee,

          Defendant.

**I N D I C T M E N T**

Violations:
18 U.S.C. § 2423(a)
(Transportation with the Intent to Engage in Criminal Sexual Activity)
**Counts 1 & 2**

18 U.S.C. § 2423(c)
(Engaging in Illicit Sexual Conduct in Foreign Places)
**Count 3**

**(UNDER SEAL)**

**THE GRAND JURY CHARGES:**

## COUNT 1

Between in or about June 2014 and in or about November 2018, in the District of Arizona, and elsewhere, the defendant, LARRY ALEXANDER GREENLEE, did

knowingly transport an individual who had not attained the age of 18 years (Minor Victim-1) in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual activity which was a criminal offense under California Penal Code § 288 and Arizona Revised Statute § 13-1405.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT 2

Between in or about June 2014 and in or about November 2018, in the District of Arizona, and elsewhere, the defendant, LARRY ALEXANDER GREENLEE, did knowingly transport an individual who had not attained the age of 18 years (Minor Victim-2) in interstate commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual activity which was a criminal offense under California Penal Code § 288 and Arizona Revised Statute § 13-1405.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT 3

Between in or about July 2023 and in or about November 2023, the defendant, LARRY ALEXANDER GREENLEE, a United States Citizen whose last known residence in the United States is in the District of Arizona, traveled in foreign commerce, from the United States to Japan, and resided temporarily and permanently in Japan, a foreign country, and engaged in illicit sexual conduct with another person (Minor Victim-3), and attempted to do so.

///

1 All in violation of Title 18, United States Code, Section 2423(c) and (e), and Section
2 3238.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: December 3, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney

/S/
AUSTIN M. BERRY
Trial Attorney

*United States of America v. Larry Alexander Greenlee*
*Indictment Page 3 of 3*